**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Gregory Charles PARRISH,**
**Defendant–Appellant.**

**No. 12–16138**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

June 11, 2013.

Patricia D. Barksdale, Jay Carl Taylor, U.S. Attorney's Office, Jacksonville, FL,

Robert E. O'Neill, Patricia A. Willing, U.S. Attorney's Office, Tampa, FL, for Plaintiff–Appellee.

Susan Good Yazgi, James H. Burke, Jr., Federal Public Defender's Office, Jacksonville, FL, Rosemary Cakmis, Donna Lee Elm, Federal Public Defender's Office, Orlando, FL, for Defendant–Appellant.

Gregory Charles Parrish, Coleman, FL, pro se.

Before TJOFLAT, PRYOR and ANDERSON, Circuit Judges.

PER CURIAM:

Susan Good Yazgi, counsel for Gregory Charles Parrish in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Parrish's convictions and sentences are **AFFIRMED.**